Dixon v State of New York (2022 NY Slip Op 07424)

Dixon v State of New York

2022 NY Slip Op 07424

Decided on December 23, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2022

PRESENT: WHALEN, P.J., SMITH, WINSLOW, AND BANNISTER, JJ. (Filed Dec. 23, 2022.) 

MOTION NO. (664/22) CA 21-01506.

[*1]VALENTINO DIXON, CLAIMANT-APPELLANT,
v
STATE OF NEW YORK, DEFENDANT-RESPONDENT. (CLAIM NO. 135327.)

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.